Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: )
)
NEW DOMINION LEASING INC ) Case No. 5-06-50019
)
)
Debtor(s) ) Chapter 7
)

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  December 2, 2009                    /s/ John G. Leake
                                           JOHN G. LEAKE
                                           P O Box 526
                                           Harrisonburg, VA  22803
                                           (540) 434-7425

Date: 12/02/09  　　　　　　　　　　DIVIDENDS REMITTED TO THE COURT  　　　　　　　　　　Page:

Case Number 5-06-50019 - NEW DOMINION LEASING

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PATRICK WHITE BANKRUPTCY ESTATE<br>448 Dismal Hollow Road<br>Front Royal, Va. 22630 | | 607.79 | 0.09 |
| ---------- Remittance Total -------------- | | 607.79 | 0.09 |

_____  12-2-09
JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-06-50019    RK                                                                 Page 1                                                  Date: December 2, 2009
Debtor Name: NEW DOMINION LEASING INC

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $88,398.68 |
| | TOM WILSON, CPA | Admin | 001 | $750.00 | $0.00 | $750.00 | $750.00 | $0.00 | $0.00 | $750.00 | $87,648.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | G R "DICK" HEATWOLE | Admin | 001 | $9,942.80 | $9,942.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,648.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | G R "DICK" HEATWOLE | Admin | 001 | $3,489.57 | $3,489.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,648.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | SPENCER D AULT ESQ | Admin | 001 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,648.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | SPENCER D AULT ESQ | Admin | 001 | $125.12 | $125.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,648.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $11,213.96 | $11,213.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,648.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| 000008 | W. Clarkson McDow, Jr. | Admin | 001 | $325.00 | $0.00 | $325.00 | $325.00 | $0.00 | $0.00 | $325.00 | $87,323.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | CRYSTAL MORRIS | Admin | 999 | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,323.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | BORDEN LIMITED PARTNERSHIP | Admin | 999 | $9,873.80 | $9,873.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,323.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | MOLDEN REAL ESTATE CORPORATION | Admin | 999 | $2,339.40 | $2,339.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,323.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | ARGO DEVELOPMENT SYSTEMS INC | Admin | 999 | $420.00 | $420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,323.68 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| 000001B | Dept of the Treasurer | Priority | 040 | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 | $0.06 | $400.06 | $86,923.62 |
| | Percent Paid: 100.01500 % | | | | | | | | | | |
| 000004B | Dept of the Treasurer | Priority | 040 | $1,248.38 | $0.00 | $1,248.38 | $1,248.38 | $0.00 | $0.18 | $1,248.56 | $85,675.06 |
| | Percent Paid: 100.01442 % | | | | | | | | | | |
| 000005B | Town of Front Royal | Priority | 040 | $1,183.88 | $0.00 | $1,183.88 | $1,183.88 | $0.00 | $0.17 | $1,184.05 | $84,491.01 |
| | Percent Paid: 100.01436 % | | | | | | | | | | |

PROPOSED DISTRIBUTION

Case Number: 5-06-50019    RK                                            Page  2                                           Date: December 2, 2009
Debtor Name: NEW DOMINION LEASING INC

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000007 | Dept of the Treasurer | Priority | 040 | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 | $0.01 | $100.01 | $84,391.00 |
|  | Percent Paid: 100.01000 % | | | | | | | | | | |
|  | PATRICK WHITE BANKRUPTCY ESTATE | Unsec | 070 | $607.79 | $607.79 | $0.00 | $0.00 | $0.00 | $0.09 | $0.09 | $84,390.91 |
|  | Percent Paid: 100.01481 % | | | | | | | | | | |
| 000001A | Dept of the Treasurer | Unsec | 070 | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 | $0.03 | $200.03 | $84,190.88 |
|  | Percent Paid: 100.01500 % | | | | | | | | | | |
| 000002 | Automotive Finance Corporation | Unsec | 070 | $1,925.00 | $0.00 | $1,925.00 | $1,925.00 | $0.00 | $0.28 | $1,925.28 | $82,265.60 |
|  | Percent Paid: 100.01455 % | | | | | | | | | | |
| 000003 | Lawson and Silek, P.L.C. | Unsec | 070 | $2,281.97 | $0.00 | $2,281.97 | $2,281.97 | $0.00 | $0.33 | $2,282.30 | $79,983.30 |
|  | Percent Paid: 100.01446 % | | | | | | | | | | |
| 000004A | Dept of the Treasurer | Unsec | 070 | $406.58 | $0.00 | $406.58 | $406.58 | $0.00 | $0.06 | $406.64 | $79,576.66 |
|  | Percent Paid: 100.01476 % | | | | | | | | | | |
| 000005A | Town of Front Royal | Unsec | 070 | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $0.22 | $1,500.22 | $78,076.44 |
|  | Percent Paid: 100.01467 % | | | | | | | | | | |
| 000006 | Richard Rasmussen | Unsec | 070 | $20,500.00 | $0.00 | $20,500.00 | $20,500.00 | $0.00 | $3.00 | $20,503.00 | $57,573.44 |
|  | Percent Paid: 100.01463 % | | | | | | | | | | |
| 000010 | Richard Rasmussen | Unsec | 070 | $40,000.00 | $0.00 | $40,000.00 | $40,000.00 | $0.00 | $5.86 | $40,005.86 | $17,567.58 |
|  | Percent Paid: 100.01465 % | | | | | | | | | | |
| 000011 | Thomas R Young, Jr | Unsec | 070 | $9,200.00 | $0.00 | $9,200.00 | $9,200.00 | $0.00 | $1.35 | $9,201.35 | $8,366.23 |
|  | Percent Paid: 100.01467 % | | | | | | | | | | |
| 000012 | Borden Limited Partnership | Unsec | 070 | $8,365.00 | $0.00 | $8,365.00 | $8,365.00 | $0.00 | $1.23 | $8,366.23 | $0.00 |
|  | Percent Paid: 100.01470 % | | | | | | | | | | |
|  | AUTOMOTIVE FINANCE CORP | Sec | 050 | $14,488.78 | $14,488.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Percent Paid: 100.00000 % | | | | | | | | | | |

PROPOSED DISTRIBUTION

| Case Number: 5-06-50019   RK | Page 3 | Date: December 2, 2009 |

Debtor Name: NEW DOMINION LEASING INC

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $146,137.03 | $57,751.22 | $88,385.81 | $88,385.81 | $0.00 | $12.87 | $88,398.68 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 01/18/06 through 10/29/09 at a rate of 4.41% (annualized simple interest).

[signature]         12/2/09