Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: )
)
)
NEW DOMINION LEASING INC ) Case No. 5-06-50019
)
)
)
Debtor(s) ) Chapter 7
)

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: January 4, 2010               /s/ John G. Leake
                                    JOHN G. LEAKE
                                    P O Box 526
                                    Harrisonburg, VA  22803
                                    (540) 434-7425

Date 01/04/10

Page 1

**JOHN G. LEAKE (858700)**
**COURT REMITTANCES**
Transaction Date Range 01/04/10 Through 01/04/10

Debtor Name: NEW DOMINION LEASING, INC
Case No.  5-06-50019

Account No  442945768J

| TRX Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| **DIMINIMUS FUNDS** | | | | | | | |
| 01/04/10 | 1035 | CLERK US BANKRUPTCY COURT | 0.01 | 000004B | 18 | INTERNAL REVENUE SERVICE PO Box 10025 Richmond Va 23240 | 0.01 |
| | 1036 | CLERK US BANKRUPTCY COURT | 0.01 | 000005B | 20 | TOWN OF FRONT ROYAL PO Box 1560 Front Royal Va 22630 | 0.01 |
| | 1037 | CLERK US BANKRUPTCY COURT | 0.01 | 000002 | 15 | AUTOMOTIVE FINANCE CORPORATION 13085 Hamilton Crossing blvd suite 300 Carmel In 46032 | 0.01 |
| | 1038 | CLERK US BANKRUPTCY COURT | 0.01 | 000003 | 16 | LAWSON AND SILEK, PLC 43 Chester St. Front Royal Va 22630 | 0.01 |
| | 1039 | CLERK US BANKRUPTCY COURT | 0.01 | 000005A | 19 | TOWN OF FRONT ROYAL Po Box 1560 Front Royal Va 22630 | 0.01 |
| | 1040 | CLERK US BANKRUPTCY COURT | 0.10 | 000006 | 21 | RICHARD RASMUSSEN 4271 Remount Rd Front Royal Va 22630 | 0.10 |
| | 1041 | CLERK US BANKRUPTCY COURT | 0.10 | 000010 | 25 | RICHARD RASMUSSEN | 0.10 |
| | 1042 | CLERK US BANKRUPTCY COURT | 0.04 | 000011 | 26 | THOMAS R YOUNG JR 11180 Crest Lane Bealeton Va 22712 | 0.04 |
| | 1043 | CLERK US BANKRUPTCY COURT | 0.03 | 000012 | 27 | BORDEN LIMITED PARTNERSHIP 71 RuthCourt Strasburg Va 22657 | 0.03 |
| | | Account Totals | 0.31 | | | | 0.31 |
| | | Case Totals | 0.31 | | | | 0.31 |

John G. Leake Trustee

Printed 01/04/10 11:08 AM  Ver 15.05a